UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATASHA HENDERSON**,

      Plaintiff,                      Case No. 2:16-cv-11648

v.                                          Hon. Sean F. Cox

**CITY OF FLINT, MICHIGAN and
KAREN WEAVER**, in her individual
and official capacity,

      Defendants.
_____

**INDEX OF EXHIBITS FOR DEFENDANTS CITY OF FLINT AND KAREN WEAVER'S JOINT MOTION FOR SUMMARY JUDGMENT**

1. City Administrator Agreement
2. Plaintiff Henderson's Deposition
3. Resignation Letters
4. Weaver's Deposition
5. Emergency Manager Order #3
6. Emergency Manager Order #20
7. Byrne Email
8. Resolution 2016-1
9. Termination Letter
10. Basiga Report Excerpts
11. First Amended Complaint

12. Murray's Deposition

13. Emails to Chubb

14. Chubb's Deposition

15. News Article

16. Beckmann Transcript

17. Fonger Email

18. GCHD Email

19. Flint City Charter §4-101

20. Bade Deposition

21. My 100-Day Plan For Our City", http://karenaboutflint.com/

22. Confidentiality Agreement

23. Lundquist Deposition

24. Attached Cases
    a. *Aldrich v Emergent*
    b. *American Transmission v Attorney General*
    c. *Barr v. Mateo*
    d. *Debano-Griffin v. Lake County*
    e. *Garcetti v Ceballos*
    f. *Krycia v. Township of Clinton*
    g. *Pace v. Edel-Harrelson*
    h. *Rouch v. Enquirer*
    i. *Thaddeus-X v. Blatter*
    j. *Thomas M. Cooley v. Doe*
    k. *Vereecke v. Huron Valley School*
    l. *West v. General Motors*
    m. *Wilson v. Sparrow Health Sys.*

4846-6681-7862, v. 2