UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATASHA HENDERSON,

    *Plaintiff,*

v.                                        Case No. 2:16-cv-11648
                                                Hon. Sean F. Cox

CITY OF FLINT, MICHIGAN and
KAREN WEAVER, in her individual
And official capacity,

    *Defendants.*
_____

**INDEX OF EXHIBITS TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

A.   City Administrator Employment Agreement

B.   Deposition Transcripts

    1. Peter Bade
    2. Brendon Basiga
    3. Anthony Chubb
    4. William Scott Kincaid
    5. Jody Lundquist
    6. Maxine Murray
    7. Kerry Nelson
    8. Karen Weaver
    9. Natasha Henderson
   10. Stacey Oakes

C.   Affidavit of Natasha Henderson

D.   Text Messages between Weaver and Henderson

E. Emails to Weaver from Henderson re: Legionella

F. Emails of Plaintiff's appointment to the Flint Water Interagency Coordinating Committee

G. Documents and emails regarding the Caring for Flint fund

H. Email from Henderson to Chubb of 2-10-16 re: Fund potentially being unethical

I. Press Release of terminations dated 2-12-2016

J. Media Reporting dated 2-12-2016

K. Termination Letter to Natasha Henderson

L. Chubb Text Messages of 2-13-2016 to Henderson

M. February 16, 2016 email from Weaver scheduling meeting with Chubb and Murray

N. Attorney Sanford's letter of 2-19-2016 to Chubb

O. February 22, 2016 emails between Chubb and Attorney Sanford

P. Flint Council Members' letter of 2-23-2016 Complaining of Henderson's Termination

Q. Text messages between Murry and Henderson from 2-12-2016 To 2-25-2016

R. Separation Agreement for Chubb dated June 10, 2016

S. Basiga Report to City of Flint

T. MLive Article dated 2-26, 2015 containing Defendant Weaver's Defamatory Statements

U. Plaintiff's Counsel letter of 5-12-2016 to Defendant Weaver's Counsel re: Defamatory Statements

V. Attached Cases

1. *Allard v. Michigan House*

2. *Boulton v. Swanson*

3. *Handy-Clay v. City of Memphis, Tenn.*

4. *Lane v. Franks*